UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                               ) CASE NO. CR17-086-JLR
    Plaintiff, )
                                               )
    v. )
                                               ) DETENTION ORDER
MARIO TYREE BROWN, )
                                               )
    Defendant. )
                                             )

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    June 1, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has a lengthy criminal record, including a number of drug convictions, burglary, and crimes of violence. Defendant was recently convicted of Robbery

in the 2nd degree in King County Superior Court, together with additional felony charges that were reduced to misdemeanors. He has outstanding warrants for domestic violence, although it is unclear if these are related to the now-resolved King County charges. His criminal record includes at least four felony convictions and additional warrant activity.

2. The Complaint initially filed in this case (Dkt. 1) set forth facts and circumstances relating to this offense. It alleges that defendant was arrested at the U.S./Canadian border on February 6, 2016 driving a rental car with a passenger identified as P-1. Defendant is alleged to have claimed the gun was owned by P-1, who he was aware was engaged in activities in promotion of prostitution at the time. P-1 denied ownership of the gun.

3. Defendant poses a risk of danger due to criminal history, outstanding warrants, and the nature and circumstances of the offense. He poses a risk of nonappearance due to warrant activity.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 1st day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge