The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR17-0086JLR |
| Plaintiff, | ) | |
| vs. | ) | ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| MARIO TYREE BROWN, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the defense to continue the pretrial motions' due date in the above-captioned case, the Court finds that extending the deadline is reasonable and necessary afford counsel necessary time to review and synthesize discovery, conduct legal research, consult with Mr. Brown, and draft motions, and that extending the deadline serves the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions deadline is extended to July 6, 2017.

DONE this 22nd day of June, 2017.

JAMES L. ROBART
United States District Judge

Presented by:
*s/ Sara D. Brin*
Sara D. Brin
Attorney for Mario Tyree Brown

(PROPOSED) ORDER EXTENDING
PRETRIAL MOTIONS DEADLINE - 1
*U.S.A. v. Brown /* CR17-086JLR

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**