Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-086-BAT |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING |
| MARIO TYREE BROWN, | ) | |
| Defendant. | ) | |

THE COURT has considered the Defendant's unopposed motion to continue the disposition hearing and reviewed the files and records herein.

IT IS THEREFORE ORDERED that the disposition hearing this matter shall be continued to _Sept. 17, 2019, 1:30 pm_.

DONE this _24th_ day _May_, 2019.

_____
BRIAN A. TSUCHIDA
UNITED STATES DISTRICT MAGISTRATE JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Mario Tyree Brown

ORDER TO CONTINUE
DISPOSTION HEARING
(*U.S.A. v. Mario Tyree Brown,* CR17-086-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**